Duration: 15 min
Proceeding via: ☐ CourtCall ☒ AT&T

DOCKET No. 22cr19

DEFENDANT Bradley Pierre

**ORIGINAL**

AUSA Matthew Andrews, Louis Pellegrino

DEF.'S COUNSEL Roland Riopelle
☒ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☒ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.
☐ Other: _____

DATE OF ARREST 1/12/22
TIME OF ARREST 6am
TIME OF PRESENTMENT 5:15pm

☐ VOL. SURR.
☐ ON WRIT

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☒ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☒ $ 1 million   PRB   ☒ 3   FRP
☒ SECURED BY $_____ CASH/PROPERTY: See below
☒ TRAVEL RESTRICTED TO SDNY/EDNY/DNJ
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☒ PRETRIAL SUPERVISION:   ☐ REGULAR   ☐ STRICT   ☒ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS   ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☒ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: See below

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

Bond to be secured by: (1) defendant's house on Roberts Road in Englewood Cliffs NJ; (2) condo owned by defendant's father-in-law and mother-in-law on Winston Drive in Cliffside Park NJ; condo owned by defendant's sister-in-law on Pallisade Drive in Ft. Lee NJ.
Defendant to be released on his own signature. RFPs to sign by 1/14/22. Property to be pledged by 1/19/22.
Defendant to have no contact with co-defendants in this action or with defendants in US v. Rose except in the presence of counsel.

Defendant advised by the Court of the right to be present, and consented to proceed by remote means.

☒ DEF. ARRAIGNED; PLEADS NOT GUILTY            ☒ CONFERENCE BEFORE D.J. ON 1/18/22
☐ DEF. WAIVES INDICTMENT
☒ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL 1/18/22

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED              ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED   ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____   ☐ ON DEFENDANT'S CONSENT

DATE: 1/12/22

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016