UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- v. -

BRADLEY PIERRE,
MARVIN MOY,
WILLIAM WEINER,
ANDREW PRIME, and
ARTHUR BOGORAZ,

　　　　　　　　　Defendants.

**ORDER**

22 Cr. 19 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

　　　　The conference previously scheduled for today is adjourned to **Monday, July 18, 2022, at 4:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

　　　　Upon the application of the United States of America, by and through Assistant United States Attorney Matthew Andrews, and with the consent of all Defendants (Dkt. No. 80), it is further ordered that the time between today and July 18, 2022 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.  The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendants in a speedy trial, because it will allow the parties to continue discussions regarding a potential pretrial resolution of this matter.

Dated:　New York, New York
　　　　　July 6, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge