# SERCARZ & RIOPELLE, LLP

950 THIRD AVENUE, 31st FLOOR
NEW YORK, NEW YORK 10022
(212) 586-4900
FACSIMILE (212) 586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ[*]

[*]ADMITTED IN NY & NJ

October 18, 2022

BY ECF and FAX

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Pierre, et. al.,
22 Cr. 19 (PGG)

Dear Judge Gardephe:

    I represent Defendant Bradley Pierre in connection with the above-referenced matter. I write to advise the Court that I am filing today a redacted Memorandum of Law on the Court's Docket, because the Memorandum references items attached as an Exhibit to my Declaration in Support of my motion, which should be filed under seal. I will provide all parties and the Court with an unredacted version of the brief, and my Sealed Declaration by email, when I send everyone a copy of this letter.

    I respectfully request that the Court file the enclosed Declaration of Roland Riopelle under seal, consistent with the Protective Order now in place.

Thanks for your Chambers' assistance in this matter.

Respectfully submitted,

*Roland G. Riopelle*

Roland G. Riopelle

Enc.
Cc:  All parties (By Email and ECF)