UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRADLEY PIERRE,

Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conditions of Defendant Pierre's pretrial release are modified as follows: (1) the Defendant will abstain from the use of alcohol; and (2) the Defendant will submit to alcohol testing and treatment as directed by the Pretrial Services Office.

Dated: New York, New York
       November 14, 2022

SO ORDERED.

*Paul S. Gardephe* (signature)

Paul G. Gardephe
United States District Judge