UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

BRADLEY PIERRE,
MARVIN MOY,
WILLIAM WEINER,
ANDREW PRIME, and
ARTHUR BOGORAZ,

                Defendants.

**ORDER**

22 Cr. 19 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will conduct a conference on **December 20, 2022, at 11:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, to discuss Defendant Weiner's motion for early return of Rule 17(c) subpoenas (Dkt. No. 110).

Dated: December 14, 2022
       New York, New York

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge