UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>BRADLEY PIERRE,<br>MARVIN MOY,<br>WILLIAM WEINER, and<br>ARTHUR BOGORAZ,<br><br>                    Defendants. | **ORDER**<br><br>22 Cr. 19 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The parties will submit supplemental briefs by **May 18, 2023** regarding what effect, if any, the Supreme Court's decision in <u>Ciminelli v. United States</u>, No. 21-1170, 2023 WL 3356526 (U.S. May 11, 2023) has on the health care fraud charges in the instant case.

Dated: New York, New York
       May 12, 2023

                                              SO ORDERED.

                                              */s/ Paul G. Gardephe*
                                              _____
                                              Paul G. Gardephe
                                              United States District Judge