UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>BRADLEY PIERRE,<br>MARVIN MOY,<br>WILLIAM WEINER,<br>ANDREW PRIME, and<br>ARTHUR BOGORAZ,<br><br>                    Defendants. | **ORDER**<br><br>22 Cr. 19 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        Each Defendant will submit a letter by **October 6, 2023** stating whether any person other than the Defendant is paying their attorney's fees in this matter.

Dated: October 3, 2023
       New York, New York

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge