UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

UNITED STATES OF AMERICA

   -v-

BRADLEY PIERRE,
MARVIN MOY,
WILLIAM WEINER,
ARTHUR BOGORAZ, and
JEAN PIERRE,

           Defendants.

------------------------------------- X

SUPERSEDING INDICTMENT

S3 22 Cr. 19 (PGG)

## COUNT ONE
### (Conspiracy to Commit Healthcare Fraud)

The Grand Jury Charges:

    1.    From at least in or about 2015, up to and including in or about 2021, in the Southern District of New York and elsewhere, BRADLEY PIERRE, MARVIN MOY, and WILLIAM WEINER, the defendants, together with others known and unknown, did willfully and knowingly combine, conspire, confederate, and agree together and with each other to commit health care fraud, in violation of Title 18, United States Code, Section 1347.

    2.    It was a part and an object of the conspiracy that BRADLEY PIERRE, MARVIN MOY, and WILLIAM WEINER, the defendants, and others known and unknown, willfully and knowingly, would and did execute and attempt to execute a scheme and artifice to defraud a health care benefit program, and to obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control



of a health care benefit program in connection with the delivery of and payment for health care benefits, items and services.

(Title 18, United States Code, Section 1349.)

## COUNT TWO
**(Healthcare Fraud)**

The Grand Jury further Charges:

3. From at least in or about 2015, up to and including in or about 2021, in the Southern District of New York and elsewhere, BRADLEY PIERRE, MARVIN MOY, and WILLIAM WEINER, the defendants, willfully and knowingly, would and did execute and attempt to execute a scheme and artifice to defraud a health care benefit program, and to obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of a health care benefit program in connection with the delivery of and payment for health care benefits, items and services, and caused and aided and abetted the same.

(Title 18, United States Code, Sections 1347 and 2.)

## COUNT THREE
**(Conspiracy to Commit Money Laundering)**

The Grand Jury further Charges:

4. From at least in or about 2015, up to and including in or about 2021, in the Southern District of New York and elsewhere, BRADLEY PIERRE, MARVIN MOY, and WILLIAM WEINER, the defendants, together with others known and unknown, knowingly combined, conspired, confederated, and agreed together and with each other to commit money laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

5. It was a part and object of the conspiracy that BRADLEY PIERRE, MARVIN MOY, and WILLIAM WEINER, and others known and unknown, knowing that the property involved in certain financial transactions represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such financial transactions which in fact involved the proceeds of specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7), to wit, the proceeds of healthcare fraud, in violation of 18 U.S.C. § 1347, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

(Title 18, United States Code, Section 1956(h).)

### COUNT FOUR
### (Conspiracy to Commit Travel Act Bribery)

The Grand Jury further Charges:

6. From at least in or about 2016, up to and including in or about November 2019, in the Southern District of New York and elsewhere, BRADLEY PIERRE and ARTHUR BOGORAZ, the defendants, together with others known and unknown, did willfully and knowingly combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, a violation of the Travel Act, in violation of Title 18, United States Code, Section 1952.

7. It was a part and an object of the conspiracy that BRADLEY PIERRE and ARTHUR BOGORAZ, the defendants, and others known and unknown, knowingly did travel in interstate and foreign commerce and did use the mail and a facility in interstate and foreign commerce, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, to wit, a bribery scheme in

violation of New York Penal Law §§ 180.00, 180.05, 200.00, and 200.10 and New Jersey Revised Statutes § 2C:27-2, among others, whereby employees or agents of hospitals, the NYPD, emergency medical services, and other entities disclosed protected, confidential information of tens of thousands of motor vehicle accident victims in New York, New Jersey, and elsewhere in exchange for payment, and thereafter performed and attempted to perform acts to promote, manage, establish and carry on, and to facilitate the promotion, management, and carrying on of such unlawful activity.

### Overt Acts

8.   In furtherance of said conspiracy and to effect its illegal object, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.   On or about August 31, 2017, BRADLEY PIERRE the defendant, had the following conversation over an encrypted messaging application with an individual ("CC-2"):

| Sender | Message |
| --- | --- |
| CC-2 | Got her 🔒<br>Start tonight<br>I guess some didn't leave names 👤♂ |
| PIERRE | I sent them out already.<br>It's going to take time to perfect. |
| CC-2 | Rp = police car involved<br>Mc/fc<br>Male caller /female caller |
| PIERRE | I know.. |
| CC-2 | Ok<br>I feel like it should be more |
| PIERRE | Nah--chill, let me get you the feedback. Jay's shit wasn't a success overnight!!!<br>Tell her to get at least the last or first.. |
| CC-2 | She said some ppl don't wanna give it<br>She don't take calls |

4

| Sender | Message |
|---|---|
|  | She dispatch<br>But the info is fresh right? |
| PIERRE | Seems that way. |

        b.      On or about August 2, 2019, PIERRE and BOGORAZ had the following conversation over an encrypted messaging application about a Runner ("Runner-1"):

| Sender | Message |
|---|---|
| PIERRE | I dropped off the intel. Me and Aurthor [sic] B have a deal that we worked out. I'll tell you the details when I meet with you<br>He knows<br>10K monthly marketing expense |
| BOGORAZ | That works<br>We just need to figure out a way to make sure he doesn't steal |
| PIERRE | Yo—I ave [sic] him by the balls. I pull this intel. We'll do it ourselves. I also have someone else who's a better business man then [sic] him |

(Title 18, United States Code, Section 371.)

## COUNT FIVE
### (Conspiracy to Commit Money Laundering)

The Grand Jury further Charges:

        9.      From at least in or about 2016, up to and including in or about 2019, in the Southern District of New York and elsewhere, BRADLEY PIERRE and ARTHUR BOGORAZ, the defendants, together with others known and unknown, knowingly combined, conspired, confederated, and agreed together and with each other to commit money laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

       10.     It was a part and object of the conspiracy that BRADLEY PIERRE and ARTHUR BOGORAZ, the defendants, and others known and unknown, knowing that the property involved in certain financial transactions represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such financial transactions which in fact involved the proceeds of specified unlawful activity as defined in 18 U.S.C. §

5

1956(c)(7), to wit, the proceeds of bribery, in violation of New York Penal Law §§ 180.00, 180.05, 200.00, and 200.10 and New Jersey Revised Statutes § 2C:27-2, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

(Title 18, United States Code, Section 1956(h).)

## COUNT SIX
### (Aggravated Identity Theft)

The Grand Jury further Charges:

11.     From at least in or about 2016 up to and including November 2019, in the Southern District of New York and elsewhere, BRADLEY PIERRE the defendant, together with others known and unknown, knowingly did transfer, possess, and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, PIERRE, during and in relation to the healthcare fraud conspiracy charged in Count One, caused Runners to bribe 911 operators, hospital employees, and others for the names and phone numbers motor vehicle accident victims and use these unlawfully acquired means of identification to induce victims to seek medical treatment from the No-Fault Clinics.

(Title 18, United States Code, Section 1028A.)

## COUNT SEVEN
### (Conspiracy to Defraud the United States)

12.     From at least in or about 2016 through at least in or about 2020, in the Southern District of New York and elsewhere, BRADLEY PIERRE, JEAN PIERRE, and WILLIAM WEINER, the defendants, together with others known and unknown, willfully and

6

knowingly did conspire, combine, confederate, and agree together and with each other to defraud the United States of America and an agency thereof, to wit, the IRS.

13. It was a part and an object of the conspiracy that BRADLEY PIERRE, JEAN PIERRE, and WILLIAM WEINER, the defendants, together with others known and unknown, willfully and knowingly would and did defraud the United States of America and the IRS for the purpose of impeding, impairing, obstructing, and defeating the lawful governmental functions of the IRS in the ascertainment, computation, assessment, and collection of revenue, to wit, federal income taxes.

### Overt Acts

14. In furtherance of the conspiracy and to effect the illegal objects thereof, BRADLEY PIERRE, JEAN PIERRE, and WILLIAM WEINER, the defendants, and others known and unknown, committed the following overt acts, among others, in the Southern District of New York and elsewhere:

    a. For tax years 2016 through 2019, BRADLEY PIERRE, the defendant, filed U.S. Individual Income Tax Returns, Forms 1040, as well as U.S. Tax Returns for an S Corporation, Forms 1120S, for MRC and M4Y that were materially false.

    b. For tax years 2016 through 2019, JEAN PIERRE filed U.S. Individual Income Tax Returns, Forms 1040, as well as U.S. Tax Returns for an S Corporation, Forms 1120S, for JAP and Tort Cash that were materially false.

    c. For tax years 2017 through 2019, WILLIAM WEINER, the defendant, filed U.S. Tax Returns for an S Corporation, Forms 1120S, for Nexray and U.S. Individual Income Tax Returns, Forms 1040, for himself and his wife that were materially false.

(Title 18, United States Code, Section 371.)

**Forfeiture Allegations as to Counts One and Two**
**(Conspiracy to Commit Healthcare Fraud and Healthcare fraud)**

15. As a result of committing the offense charged in Counts One and Two of this Indictment, BRADLEY PIERRE, MARVIN MOY, and WILLIAM WEINER, the defendants, pursuant to Title 18, United States Code, Section 982(a)(7), shall forfeit United States currency, in that such a sum represents any and all property, real and personal, that constitutes or is derived, directly and indirectly, from gross proceeds traceable to the commission of the offenses charged in Counts One and Two.

**Forfeiture Allegation As to Counts Three and Five**
**(Conspiracy to Commit Money Laundering)**

16. As a result of committing the money laundering offense charged in Count Three of this Indictment, BRADLEY PIERRE, MARVIN MOY, and WILLIAM WEINER, the defendants, pursuant to Title 18, United States Code, Section 982(a)(1), shall forfeit United States currency, in that such a sum represents any and all property, real and personal, involved in the offense charged in Three, and any property traceable to such property.

17. As a result of committing the money laundering offense charged in Count Five of this Indictment, BRADLEY PIERRE and ARTHUR BOGORAZ, the defendants, pursuant to Title 18, United States Code, Section 982(a)(1), shall forfeit United States currency, in that such a sum represents any and all property, real and personal, involved in the offense charged in Five, and any property traceable to such property.

## Forfeiture Allegation As to Count Four
### (Conspiracy to Commit Travel Act Bribery)

18. As a result of committing the offense alleged in Count Four of this Indictment, BRADLEY PIERRE and ARTHUR BOGORAZ, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real and personal, constituting or derived from proceeds obtained, directly or indirectly, as a result of said offense; and any and all property, real or personal, that was used or intended to be used to commit or facilitate the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense that the defendant personally obtained.

### Substitute Asset Provision

19. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), and Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the said defendant up to the value of the forfeitable property.

(Title 18, United States Code, Section 982, and
Title 21, United States Code, Section 853.)

_____
FOREPERSON
12/6/23

_____
DAMIAN WILLIAMS
United States Attorney