UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRADLEY PIERRE,
MARVIN MOY,
WILLIAM WEINER,
ARTHUR BOGORAZ, and
JEAN PIERRE,

                        Defendants.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As stated by the Court during the conference held on December 12, 2023, a change-of-plea hearing for Bradley Pierre will take place on **December 18, 2023 at 2:00 p.m.** A change-of-plea hearing for Jean Pierre will take place on **December 18, 2023 at 3:00 p.m.** Both hearings will take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        Any additional pretrial motions contemplated by Defendants are due by **December 19, 2023**.

        The Government's exhibit list and witness list is due by **January 2, 2024**. The Defendants' exhibit lists and witness lists are due by **January 8, 2024**.

        The Defendants' expert disclosures, except as related to tax issues, are due by **December 22, 2023**. The Defendants' expert disclosures related to tax issues are due by **January 9, 2024**.

Dated: New York, New York
December 15, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge