

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

November 25, 2024

**BY EMAIL**

| | |
|---|---|
| Honorable Jesse M. Furman | Honorable Paul G. Gardephe |
| United States District Judge | United States District Judge |
| Southern District of New York | Southern District of New York |
| Thurgood Marshall U.S. Courthouse | Thurgood Marshall U.S. Courthouse |
| 40 Foley Square | 40 Foley Square |
| New York, New York 10007 | New York, New York 10007 |

Re: *United States v. Marlon Lawes*, 22 Cr. 26 (JMF)

*United States v. Anthony Rose et al.*, 19 Cr. 789 (PGG)

*United States v. Bradley Pierre et al.*, 22 Cr. 19 (PGG)

Dear Judge Furman and Judge Gardephe:

**MEMO ENDORSED**

22 Cr. 26 has been reassigned to Judge Gardephe. The unsealing request is granted. Sentencing will proceed on Dec. 18, 2024 at 3:00 p.m. The Defense submission is due on Dec. 4, 2024, and the Government submission is due on Dec. 11, 2024.

**SO ORDERED:**

*Paul G. Gardephe*
**Paul G. Gardephe, U.S.D.J.**
Dated: Nov. 26, 2024

The Government respectfully submits this letter pursuant to Local Criminal Rule 1.1(b) and Local Civil Rule 1.6 of the Local Rules of the Southern District of New York to notify the Courts of the potential relatedness of the above-referenced cases.

Defendant Marlon Lawes is charged in an Information, 22 Cr. 26 (JMF), filed under seal, with one count of conspiracy to commit Travel Act bribery, 18 U.S.C. § 1952, in violation of 18 U.S.C. § 371. The conspiracy charged in the Information is the same as the bribery conspiracy charged in *United States v. Anthony Rose et al.*, 19 Cr. 789 (PGG). Defendants Jelani Wray, Nathaniel Coles, Tara Rose, Anthony Rose, Jr., Christina Garcia, Leon Blue, Clarence Facey, Dejahnea Brown, Tonya Thomas, Angela Melecio, Stephanie Pascal, Edward Abayev, Graciela Borrero, Barrington Reid, Tonja Lewis, Berlisa Bryan, Angela Myers, Latifah Abdul-Khaliq, Shakeema Foster, Kourtnei Williams, Makkah Shabazz, and Yaniris Deleon have been sentenced before Judge Gardephe in the *Rose* matter. Defendants Anthony Rose, Luis Vilella, and Ana Rivera remain to be sentenced.

Lawes pleaded guilty to the charge in the Information on or about January 10, 2022, before Judge Furman, pursuant to a plea agreement. Lawes was subsequently identified as a Government witness at the trial in *United States v. Bradley Pierre et al.*, 22 Cr. 19 (PGG), originally scheduled to commence on January 16, 2024, before Judge Gardephe. Material for Lawes pursuant to 18 U.S.C. § 3500 was produced to the prospective trial defendants in the *Pierre* matter. Trial was not

held because all defendants pleaded prior to trial. Defendants Bradley Pierre, Jean Pierre, and William Weiner have been sentenced before Judge Gardephe the *Pierre* matter. Defendants Arthur Bogoraz and Albert Haft remain to be sentenced.

Lawes is currently scheduled to be sentenced before Judge Furman on December 18, 2024.

The Government writes to notify the Courts of the above facts. The parties jointly request an adjournment of the scheduled sentencing date pending the Courts' consideration of this letter.

Finally, the Government respectfully requests, without objection from the defense, that the Information and other proceedings in the *Lawes* matter be unsealed. In light of the fact that the Information, plea agreement, and plea transcript have been produced as 3500 material in the *Pierre* matter, continued sealing is no longer necessary. Should this unsealing request be granted, the Government also respectfully requests that this letter be docketed in all three cases.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: ____/s/_____
Mathew Andrews / Qais Ghafary /
Michael D. Lockard
Assistant United States Attorneys
(212) 637-6526 / -2534 / -2193

cc: Evan Lipton, Esq. (by email)